**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS DELEON,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED ACQUISITION LLC DBA STAFFORD GROUP AND ASSOCIATES LLC,**<br><br>Defendant. | Case No. 5:26-cv-07231-SVK<br><br>**~~[PROPOSED]~~ ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Having considered Plaintiff's Motion to Extend Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendant United Acquisition LLC dba Stafford Group and Associates LLC shall have up to and including September 11, 2026, to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Susan van Keulen

**HON. SUSAN VAN KEULEN**
United States Magistrate Judge